**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DANNY JAY ROMERO, | No. 10-36096 |
| Plaintiff - Appellant, | D.C. No. 3:07-cv-06083-MO |
| v. | |
| VARGO; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the District of Oregon
Michael W. Mosman, District Judge, Presiding

Submitted February 21, 2012[**]

Before:    FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

Danny Jay Romero, an Oregon state prisoner, appeals pro se from the

district court's summary judgment in his 42 U.S.C. § 1983 action alleging

deliberate indifference to serious medical needs.  We have jurisdiction under 28

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

U.S.C. § 1291.  We review de novo.  *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004).  We affirm.

The district court properly granted summary judgment because Romero did not raise a genuine dispute of material fact as to whether defendants were deliberately indifferent in treating his foot pain.  *See id.* at 1057-58 (prison officials act with deliberate indifference only if they know of and disregard an excessive risk to a prisoner's health; a difference of opinion about the best course of medical treatment does not amount to deliberate indifference).

Romero's remaining contentions are unpersuasive.

**AFFIRMED.**